March 2, 1979

405 A.2d 537

Commonwealth v. Arthur James Johnson, Appellant.

Submitted June 27, 1978. Frank M. Jack-

son, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J. and HOFFMAN, J., did not participate in the consideration or decision of this case.